No. 72–5401.   CASON *v.* CITY OF COLUMBUS.   Appeal from Sup. Ct. Ohio.   Motion for leave to proceed *in forma pauperis* granted.   Judgment reversed.   *Gooding* v. *Wilson,* 405 U. S. 518 (1972).

MR. JUSTICE POWELL, concurring in the result.

As the court below applied a *per se* rule, apparently without regard to the circumstances under which the words were used, I join in the reversal.   See my dissenting opinion in *Rosenfeld* v. *New Jersey,* 408 U. S. 901, 903 (1972); *Lewis* v. *City of New Orleans,* 408 U. S. 913 (1972), and *Brown* v. *Oklahoma,* 408 U. S. 914 (1972) (both concurring in result).

THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST dissent for the reasons expressed in the several opinions in *Rosenfeld* v. *New Jersey,* 408 U. S. 901 (1972); *Lewis* v. *City of New Orleans,* 408 U. S. 913 (1972); and *Brown* v. *Oklahoma,* 408 U. S. 914 (1972).

No. 72–217.   ALLMAN *v.* MANNS.   C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Colten* v. *Kentucky,* 407 U. S. 104 (1972).

No. A–433 (72–762).   REYES *v.* NEW YORK.   Ct. App. N. Y.   Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.